# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL LEE BRANCH, IV** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 24-5465 |
| | : | |
| **TOM MCGINLEY**, *et al.* | : | |

## ORDER

This 22nd day of August, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Mr. Daniel Lee Branch, IV's Amended Petition for Writ of Habeas Corpus (ECF 4) is **DISMISSED** with prejudice and without a certificate of appealability.

    /s/ Gerald Austin McHugh
United States District Judge